BRYAN SCHRODER
United States Attorney

ADAM ALEXANDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: adam.alexander@usdoj.gov

C. ALDEN PELKER
Trial Attorney
Computer Crime & Intellectual Property Section
1301 New York Avenue NW
Washington, DC 20530
Phone: (202) 514-1026
Fax: (202) 514-6113
Email: catherine.pelker@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| | ) | |
| Plaintiff, | ) | COUNTS 1-2: |
| | ) | FRAUD AND RELATED |
| vs. | ) | ACTIVITY IN CONNECTION |
| | ) | WITH COMPUTERS |
| KENNETH CURRIN SCHUCHMAN, | ) | Vio. of 18 U.S.C. § 1030(a)(5)(A) |
| | ) | |
| Defendant. | ) | |
| | ) | |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1:

From on or about August 2017 through on or about November 2017, within the District of Alaska and elsewhere, the defendant, KENNETH SCHUCHMAN, knowingly caused the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage without authorization to protected computers; the offense caused damage affecting 10 or more protected computers during a 1-year period.

All of which is in violation of Title 18, United States Code, § 1030(a)(5)(A) and (c)(4(B).

COUNT 2:

On or about November 2017, within the District of Alaska and elsewhere, the defendant, KENNETH SCHUCHMAN, knowingly caused the transmission of a program, information, code, and command, and, as a result of such conduct, intentionally caused damage without authorization to a protected computer owned by Victim 1.

All of which is in violation of Title 18, United States Code, § 1030(a)(5)(A) and (c)(4).

A TRUE BILL.

s/ Grand Jury Foreperson<br>GRAND JURY FOREPERSON

s/ Adam Alexander
ADAM ALEXANDER
United States of America
Assistant U.S. Attorney


s/ C. Alden Pelker
C. ALDEN PELKER
United States of America
Trial Attorney


s/ Bryan Schroder
BRYAN SCHRODER
United States of America
United States Attorney


DATE:     8-21-18