IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00095-SLG-DMS-1 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| KENNETH CURRIN SCHUCHMAN, | |
| Defendant. | |

After due consideration of the non-opposed motion on shortened time for appointment of CJA counsel, the motion is GRANTED.

IT IS ORDERED that CJA counsel Barry Flegenheimer is appointed *nunc pro tunc* as counsel in this matter to represent Kenneth Currin Schuchman as of August 10, 2018.

DATED this 28th day of August, 2018, in Anchorage, Alaska.

*Deborah M. Smith*
Chief United States Magistrate Judge