Barry Flegenheimer
BELL FLEGENHEIMER
119 1ST Ave. S., Suite 500
Seattle, Washington 98104
(206) 621-8777
barrylfp@aol.com

Attorney for Kenneth Schuchman

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>KENNETH CURRIN SCHUCHMAN,<br><br>                Defendant. | NO. 3:18-CR-00095-SLG-DMS<br><br>NOTICE OF UNAVAILABILITY |

      Counsel for defendant, Kenneth Currin Schuchman gives notice that he will be unavailable from September 20, 2018 through October 10, 2018 and requests that no motions, hearings, or trials be set during that time frame and moves for a continuance if any are so set.

      DATED this 13th day of September, 2018.

                                                s/ Barry Flegenheimer
                                              Barry Flegenheimer
                                              BELL FLEGENHEIMER
                                              Attorneys for Defendant Kenneth Schuchman

NOTICE OF UNAVAILABILITY
*[No. 3:18-CR-00095-SLG-DMS]* - 1

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties.

I hereby certify that I will immediately mail by United States Postal Service this document to any of the parties who are found to be non-CM/ECF participants.

DATED: September 13, 2018.

s/ Melisa Wong<br>
Melisa Wong<br>
Legal Assistant<br>
BELL FLEGENHEIMER