UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>KENNETH CURRIN SCHUCHMAN,<br>Defendant. | Case No. 3:18-cr-00095-SLG-DMS<br><br>**ORDER** |

Having duly considered the United States' Motion for Partial Unsealing of Docket 19, the motion is hereby GRANTED. Docket 19 and the corresponding order for revocation and detention at docket 20 should be unsealed as to Mr. Schuchman's defense attorney Mr. Flegenheimer, who is further ordered not to disclose the contents of that motion and order outside the scope of his representation of Mr. Schuchman.

IT IS SO ORDERED.

DATED this 22nd day of October, 2018.

*Deborah M. Smith*
Chief United States Magistrate Judge