# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. KENNETH CURRIN SCHUCHMAN

CASE NO: 3:18-cr-00095-SLG-DMS

---

Defendant KENNETH CURRIN SCHUCHMAN,

has this date met the bail conditions indicated below and is ordered discharged from custody.

- ☐ Released to _____, the third party custodian(s).

- ☐ Paid cash bail in the amount of $ _____

- ☐ Posted unsecured bond in the amount of $ _____

- ☐ Posted bond secured by ☐ property or ☐ Surety in the amount of $ _____ with the Clerk of Court

- ☐ Surrendered passport to the U.S. Probation and Pretrial Services Office

- ☒ Other Release to U.S. Pretrial Services Officer to transport to Pathways In-Patient Treatment Center in Portland, Oregon.

DATED at **Anchorage**, Alaska, this **4th** day of **December, 2018**.

_____
Timothy M. Burgess
United States District Judge

Original & 1 cy to U.S. Marshal