UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>KENNETH CURRIN SCHUCHMAN,<br><br>                Defendant. | NO. 3:18-cr-00095-SLG-DMS<br><br>**ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE, ON SHORTENED TIME** |

This Court has considered the agreed motion on shortened time, to modify the order setting conditions of release. It is therefore,

ORDERED that the request to hear the motion on shortened time is GRANTED.

IT IS FURTHER ORDERED that the motion to modify the order setting conditions of release is GRANTED. The order setting conditions of release, Dkt 36 and 37, are modified as follows: (1) Mr. Schuchman shall reside at an Oxford House, located at 1297 N. 3rd St., St. Helens, OR 97051; (2) Mr. Schuchman shall participate in medication management, care coordination and addiction IOP through Columbia Community Mental Health ["CCMH"] and as recommended by that agency; (3) Mr. Schuchman shall continue to cooperate with recommended medical services through Oregon Health Sciences University ["OHSU"]; and, (4) Mr. Schuchman will be on GPS location monitoring through United States Pretrial Services. All other conditions of the order setting conditions of release remain in effect.

                                                */s/ Deborah M. Smith*
                                                Honorable Deborah M. Smith
                                                Chief United States Magistrate Judge