BRYAN SCHRODER
United States Attorney

ADAM ALEXANDER
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: adam.alexander@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:18-cr-00095-SLG-DMS |
| Plaintiff, | ) |
| vs. | ) |
| KENNETH CURRIN SCHUCHMAN, | ) |
| Defendant. | ) |

**OPPOSITION TO PETITION FOR ACTION ON CONDITIONS
OF PRETRIAL RELEASE FILED ON SHORTENED TIME**

United States Probations has filed a petition for action on conditions of pretrial release at Docket 48. That petition recommends that the condition requiring Mr. Shuchman's residence at Oxford House be removed and substituted for a condition requiring Mr. Shuchman to reside with his father. The United States opposes this petition

because Mr. Shuchman has previously been found to have violated his conditions of release in this case while residing with his father, which resulted in his remand and revocation of his release on motion of the government at Docket 19. The Court granted that motion at Docket 20. Mr. Shuchman was then ordered to be released to the Pathways Residential Treatment Program in St. Helens, Oregon at Docket 36.

Mr. Shuchman then "graduated" early from that program, apparently as a result of behavioral incompatibility. The United States non-opposed the defendant's motion to reside at a the Oxford House in St. Helens, Oregon filed at Docket 45 and granted by the Court at Docket 47.

Mr. Shuchman has apparently since been terminated from that program as described in the petition at Docket 48. Despite this non-compliance, the United States is not seeking revocation and remand at this point, but objects in the strongest possible terms to placing Mr. Schuchman with his father once more given the recent history of violations occurring in that setting. The United States moves for a hearing on the petition filed by United States Probations at Docket 48 at the soonest possible date convenient for the court and parties.

RESPECTFULLY SUBMITTED February 28, 2019, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Adam Alexander
ADAM ALEXANDER
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2019, a true and correct copy of the foregoing was served on the following:

Barry Flegenheimer

s/ Adam Alexander
Office of the U.S. Attorney