Barry Flegenheimer
BELL FLEGENHEIMER
119 1ST Ave. S., Suite 500
Seattle, Washington 98104
(206) 621-8777
barrylfp@gmail.com

Attorneys for Kenneth Schuchman

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>KENNETH CURRIN SCHUCHMAN,<br><br>                Defendant. | NO. 3:18-cr-00095-SLG-DMS<br><br>JOINT STATUS REPORT |

The defendant, Kenneth Currin Schuchman, through his attorney, Barry Flegenheimer, and the United States, through Assistant United States Attorney Adam Alexander, file this joint status report detailing the progress in obtaining an appropriate residential placement in accord with the Court's March 8, 2019 order. Dkt. 56.

Mr. Schuchman is currently in outpatient treatment with Columbia Community Mental Health ["CCMH"]. His CCMH therapist, Dan Pierce, was negotiating for Mr.

JOINT STATUS REPORT
*[No. 3:18-cr-0095-SLG-DMS]* - 1

Schuchman's admittance to Cornerstone Residential Treatment Facility, a 24-hour mental health facility operated by CCMH. Since the last Court hearing, Mr. Schuchman's therapist at CCMH has changed because Mr. Pierce has left CCMH. On March 26, 2019, Mr. Schuchman's new therapist, Dawn Lotti, reports that Mr. Schuchman does not qualify for admittance to Cornerstone Residential Facility because his mental disorder diagnosis is not considered to be of a sufficient severity to qualify him. CCMH is currently working on another residential placement option at Independence. In the meantime, Mr. Schuchman will meet with his therapist two times per week for one-hour sessions.

In addition, Mr. Schuchman's counsel has been advised that Mr. Schuchman has commenced employment at US Warehouse, working 21 hours per week as a forklift operator.

DATED: March 27, 2019.

Respectfully submitted,

*s/ Barry Flegenheimer*
Barry Flegenheimer
Attorney for Kenneth Schuchman

*s/ Adam Alexander*
Adam Alexander
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that on March 27, 2019, the foregoing was served on opposing counsel, by the CM/ECF system.

DATED: March 27, 2019.

*s/ Melisa Wong*
Melisa Wong
Legal Assistant
BELL FLEGENHEIMER

JOINT STATUS REPORT
*[No. 3:18-cr-0095-SLG-DMS]* - 3