UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>KENNETH CURRIN SCHUCHMAN,<br><br>                  Defendant. | NO. 3:18-cr-00095-SLG-DMS<br><br>ORDER GRANTING UNOPPOSED MOTION FOR DEFENDANT'S RELEASE FOR ENTRY INTO RESIDENTIAL TREATMENT AND AUTHORIZATION FOR CJA FUNDS FOR TRANSPORTATION COSTS |

This Court has considered the unopposed motion for defendant's release from custody for entry into residential treatment and authorization for Criminal Justice Act funding for the costs of his non-custodial transportation. It is therefore, ORDERED that:

(1) On September 4, 2019 by 3:00 a.m., the defendant shall be released from custody to immediately enter into the Pathways Residential Treatment Program in St. Helens, Oregon.

(2) Due to defendant's indigency, Criminal Justice Act funds are authorized for the defendant's non-custodial transportation from Anchorage, Alaska to Portland, Oregon.

(3) After his release from custody and while in inpatient residential treatment at Pathways, all previously imposed conditions of release shall remain in effect, with the exception of the previously imposed condition of GPS Monitoring.

DATED this 3rd day of September, 2019, in Anchorage, Alaska.

*Deborah M. Smith*
CHIEF UNITED STATES MAGISGRATE JUDGE