# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. KENNETH CURRIN SCHUCHMAN

CASE NO: 3:18-cr-00095-SLG-DMS

-------------------------------------------------------------------------

Defendant KENNETH CURRIN SCHUCHMAN,

has this date met the bail conditions indicated below and is ordered discharged from custody.

- ☐ Released to _____, the third party custodian(s).

- ☐ Paid cash bail in the amount of $_____

- ☐ Posted unsecured bond in the amount of $_____

- ☐ Posted bond secured by  ☐ property or  ☐ Surety in the amount of $_____ with the Clerk of Court

- ☐ Surrendered passport to the U.S. Probation and Pretrial Services Office

- ☒ Other Release to United States Probation and Pretrial Services.

DATED at **Anchorage**, Alaska, this **3rd** day of **September, 2019**.

*Jennifer Gamble*
*Acting Clerk of Court*

BY: _____
Deputy Clerk