Honorable Sharon L. Gleason
Honorable Timothy M. Burgess

Barry Flegenheimer
BELL FLEGENHEIMER
119 1ST Ave. S., Suite 500
Seattle, Washington 98104
(206) 621-8777
barrylfp@gmail.com
Attorney for Kenneth Currin Schuchman

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>   v.<br><br>KENNETH CURRIN SCHUCHMAN,<br><br>                     Defendant. | NO. 3:18-cr-00095-SLG<br><br>JOINT NOTICE OF RELATED CASES |

      The parties, through counsel, respectfully submit the following Notice of Related Cases. Due to the overlap in this case with the cases of: *United States v. Josiah White, Paras Jha, and Dalton Norman*, Case Nos. 3:17-cr-00163, 3:17-cr-00164-TMB, 3:17-cr-00165-TMB, 3:17-cr-00166 and 3:17-cr-00167 and *United States v. David Bukoski,* No. 3:18-cr-00154, all recently heard before the Honorable Timothy M. Burgess. The parties file this notice to the Court of the related cases and request this case, 3:18-cr-00095 SLG be reassigned to Honorable Timothy M.

JOINT NOTICE OF RELATED CASES
*[No. 3:18-cr-00095-SLG]* - 1

Burgess. The above-listed cases of *White, Jha and Norman* all included common co-conspirator defendants and common facts underlying the indictments and common charges of fraud and related activity in connection with computers in violation of 18 U.S.C. § 1030(a)(5)(A). The *Bukoski* case, while not the same, had similar related charges and conduct. Given the overlap between the cases, to promote judicial economy, the parties jointly file this notice requesting the reassignment.

On April 21, 2020, a sentencing hearing is currently scheduled before the Honorable Sharon L. Gleason. If the Court reassigns the matter, a sentencing date will need to be set in accordance with Judge Burgess' calendar availability.

DATED: March 16, 2020.

Respectfully submitted,

*s / Barry Flegenheimer*
Barry Flegenheimer
BELL FLEGENHEIMER
Counsel for Kenneth Schuchman

BRYAN SCHRODER

*s / Adam Alexander*
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that on March 16, 2020, the foregoing was served on all parties by the CM/ECF system.

I further certify that on this date I served by email to United States Probation Officer John Schroeder at: John_Schroeder@akp.uscourts.gov.

DATED: March 16, 2020.

> *s/ Melisa Wong*
> Melisa Wong
> Legal Assistant
> BELL FLEGENHEIMER

JOINT NOTICE OF RELATED CASES
*[No. 3:18-cr-00095-SLG]* - 3