# EXHIBIT 1

Dear Your Honor:

I pled guilty and I am guilty of committing the offense of Aiding and Abetting Computer Intrusions. I accept full responsibility for the illegal acts. I committed the offense with full knowledge my participation was illegal and wrong. I knew better.

I understand computer crimes, like the crime I committed, cause harm and havoc to those directly impacted and are bad for the community. I know that the DDoS attacks I participated in disrupt networks and damage internet-based services, and can result in substantial financial losses to companies and individuals. I was wrong for having contributed to this problem. I am sorry for those who may have been negatively affected by my conduct.

While this case has been pending, I recognize that I was fortunate to have been provided treatment opportunities to try to better myself and learn ways to overcome my developmental, emotional and substance abuse problems that have negatively impacted my life and have been contributing causes to my poor decision-making. Though I learned from the treatment and gained tools to help me in future, I realize I failed to fully take advantage of the opportunities provided me by the Court, the Government and Pretrial Services. For that I am most sorry. There is not a day that goes by that I do not think about the many bad decisions I have made. I am disappointed in myself. I know I must change and the change has to be now and forever.

Due to my terrible lack of judgment in committing the offense, and my poor decisions while on pretrial supervision, I have lost my freedom. I appreciate and accept why that has happened. I have no one to blame but myself. I realize my behavior have been unacceptable. Once given the opportunity following my release, I am anxious to change my behavior. I will address my underlying problems head-on and start using my skills to be gain stability, employment and independence. I want to positively contribute to the community by being a responsible citizen.

I regret my actions for getting involved in this offense.

*[signature]*

Kenneth Schuchman

# EXHIBIT 2

*Filed Under Seal*

# EXHIBIT 3

*Filed Under Seal*

# EXHIBIT 4

To: Honorable Judge Burgess
From: Robert L. Schuchman
5000 NE 72nd Ave. Apt Q106
Vancouver, Washington 98661
(360) 310-8766

RE: United States v. Kenneth C. Schuchman

My name is Robert L. Schuchman, father and legal guardian of Kenneth Schuchman. I was born in El Paso, Texas on April 28, 1961.
At home I take care of Kenneth's emotional, physical, social and educational needs. I am a CDL class A hazmat tanker driver, pulling double tankers. I have also been employed as a heavy equipment operator with Summit Construction and as a Roughneck with Parker Drilling and Doyon Drilling Alaska Division.
I have had Kenneth in my life since his birth on April 27, 1998. Three weeks later I was given full custody of him as his mother turned him over to me. On March 15, 2019 Superior Court of Washington, county of Clark granted me to serve as limited legal guardian of Kenneth and full guardian of the estate of Kenneth, an incapacitaed person.
Because of my son's challenges with Aspergers I became a P.A.V.E advocate (parents special education training), attended the Autism Treatment Centers of America, a member of WADADS, attended countless IEP meetings and all related therapies. I went with him to numerous psychologists and psychiatric evaluations (including OHSU and WSU universities) to find the best treatments for my son. I moved him to 4 different school districts to find the best special needs programs available to us and had him participate in numerous special needs activity programs.
I have had Kenneth in my life since his birth on April 27, 1998. Three weeks later I was given full custody of him as his mother turned him over to me. On March 15, 2019 Superior Court of Washington, county of Clark granted me to serve as limited legal guardian of Kenneth and full guardian of the estate of Kenneth, an incapacitaed person.
Kenneth has made me a proud father by his altruism, compassion, selflessness and concern he has shown to others who have disabilities. He has always assisted family members and friends or even the homeless, many of whom were unknown to him, by shopping for their groceries (in some cases paying for them from our own funds), visiting with those who were lonely or accompanying them to medical appointments. He has always gone out of his way to help anyone who he thought needed it. Despite the challenges he faces everyday challenges which make him a target of bullies and others he never gets upset with or says anything bad about anyone. He has always volunteered his time and resources at food banks, shelters and treatment centers with caring and compassion at all times, he is my hero. He is also a great cook!
My son has worked to overcome tremendous personal, social, legal, educational and mental challenges; examples are numerous, too many to list here. I will be happy to expound on them if needed. I have found him to be caring, nonviolent, humorous and kind. He has cried and been depressed for over a year about his current charges and I know it will not be repeated. I

have jobs, friends, groups, therapies and even a new dog to ensure he has all the support he needs. I have discussed with Carmen Gallino in depth for Kenneth to give back to society and use all the experiences he has faced by speaking at meetings for families of and people who have Aspergers. He could articulate his journey through life; school, sports, the law, social difficulties, (being abused and bullied by adults and peers). We think he could be an amazing advocate for change in the lives of others, turning his sometimes crushing personal experiences into a voice to help others on their journey. He has the intelligence, personality and support to accomplish this. Thank you for your consideration in this matter.
Sincerely,
Robert Schuchman

*Robert Schuchman* (signature)

March 20, 2020
Judge Burgess
Alaska Federal Court

Carmen Gallino
PO Box 515
Yacolt, Wa 98675

Your Honor,

My name is Carmen Gallino and my background is; 19 years with the Clark County Sheriff's department courthouse security, director of security for 5 federal agencies, director of security for the attorney general of Oregon. I have obtained black belts in 5 martial arts and have taught local and federal law enforcement and military masters degree with over 65 years experience.

I am writing on behalf of Kenneth Schuchman as a reference to his character. I have known Kenneth for 20 years and know him to be honest. For example, whenever he was asked a question in my presence whether it caused embarrassment or even got a negative consequence he answered truthfully to the best of his ability. He is compassionate, he and his father have attended our church off and on for 10 years or more and he always engaged our older members in conversation and would serve lunch for those who needed help due to infirmities and after services would clean up. Kenneth is a highly intelligent young man and I witnessed this many times, he would speak in detail about many subjects including math, science, and computers etc. often impressing all those around him. Optimistic is another word to describe Kenneth, he always tries to cheer up anyone around him whether they need it or not.

When he was younger he acted like a kid and made a few mistakes but nothing that causes me any concern. Kenneth's Aspergers is probably the major factor in his misperceptions and I am optimistic that time will bring wisdom as he grows up. I have talked at length with him about the charges he faces now and know that he is very scared and worried about his future. I feel he will not repeat this mistake again and is adamant in wanting to stay out of trouble and follow a path that would be more productive and beneficial to himself and those around him. Future help and schooling about his Aspergers would really help him.He and his father have always tried to do what is right and appropriate no matter what the circumstance. I have no problem vouching for Kenneth's character especially while his father is watching over him. At the age of 79 now I depend on the younger generation.

Sincerely
Carmen Gallino
(360) 600-3031

March 20, 2020
Judge Burgess
Alaska Federal Court

Your Honor,

I have known Kenneth Schuchman for 18 years and a friend of the family for 20 years. My background is 24 years in law enforcement. I taught martial arts with my husband for 15 years and this is how I came to know Kenneth. He would come to class with his father and help set up and clean up after instruction. While it was evident he had challenges he was always polite and respectful to everyone, he was very easy to like. As time went on he would join our church where he continued to be charming and polite to all the members, many of them elderly. He always spoke with the members, helped with setting up and then cleaning up after services. My husband and I learned about Aspergers from Kenneth's father and the parents of other students as time went on. We learned about and then saw firsthand how difficult it was for him to interact and communicate with people. After which he would struggle to understand why things happened. I know that Kenneth is very intelligent. On one occasion I saw him speak to visiting clergy who had advanced degrees in mathematics and taught at the university level. I listened as they spoke of different fields of math and Kenny held his own, he was only 15. Robert, Kenny's father asked the professor if his son was on track and the reply was that he was absolutely correct and a very intelligent young man. I also saw the other characteristic of Autism when Kenneth had to be redirected by his father constantly to finish a task or to get ready to change activities. I know in my heart that Kenneth is always trying to do what he believes is right, he just needs more time and interactions to gain the wisdom for life.

I understand Kenneth pled guilty to computer crimes and know beyond a doubt he is sorry for what he has done and scared about the consequences. He and his father have been very upset about this for the past 18 months as they have awaited sentencing. I strongly believe that Kenneth has a lot to contribute to society once he gets this behind him, unlimited possibilities await him.

Sincerely,
Debi Gallino
PO Box 515
Yacolt, Washington 98675
(360) 600-3031

Russell Jones  	March 10, 2020
1000 SE 160th Avenue
Apt HH273
Vancouver, Washington 98683
360 449-9129

Judge Burgess
Federal Judge

Hello,

My name is Russ Jones. I work at Fred Meyers and have been there over 10 years. I work carts and stocking. I have been active in the Special Olympics for 30 years. I participate in Basketball, Softball, Bowling, Powerlifting, Soccer.

I have known Kenneth and his father for 16 years. Kenneth has been around me during Bowling, Powerlifting and softball. He has always helped me when I went shopping, to doctors appointments, to see my payee and even when I had difficulty understanding or dealing with mean people. He has been going to the gym with me off and on for 10 years and always helped when I needed it or when someone was rude to me. I have noticed how smart he is when doing math and science but like me it's hard for him to understand people and they get upset. We have gone to church together and even bible study sometimes and he is always nice to everyone. When he shops with me he helps keep track of how much money I can spend

I know that he is depressed about his mistakes and beats himself up for it too much sometimes. I don't think he ever wants to be in trouble again; he just wants to be home and happy.

*Russ Jones*